**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 13-8730-VAP
USBC Case No. 2:10BK19927 BR
ADVERSARY Case No. 2:13AP1245 BR                    Date:  January 30, 2015

Title:        IN RE: CT-1 HOLDINGS, INC.
==================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                    None Present
    Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                 ATTORNEYS PRESENT FOR
PLAINTIFFS:                           DEFENDANTS:

    None                                             None

PROCEEDINGS:        ORDER TO SHOW CASE RE: FAILURE TO PROSECUTE
                           (IN CHAMBERS)

    On November 26, 2013, Appellant Farhad Saadat filed this appeal from the bankruptcy court.  (Doc. Nos. 1-3.)  On January 23, 2014, the parties filed a stipulation to transfer the case to Judge Gutierrez (Doc. No. 5), but the transfer was declined (Doc. No. 8).

    Shortly after, the parties filed a Stipulation to Consolidate Cases.  (Doc. No. 9 ("Stipulation").)  The Stipulation contained a proposed briefing scheduling.  The Court entered an Order consolidating the cases and setting the briefing schedule as laid out in the Stipulation, but it did not do so until April 29, 2014.  (Doc. No. 11.)

CV 13-8730-VAP
USBC Case No. 2:10BK19927 BR
ADVERSARY Case No. 2:13AP1245 BR
IN RE: CT-1 HOLDINGS, INC.
MINUTE ORDER of January 30, 2015

    The parties have taken no action in this case since filing the Stipulation.[1]  A court may dismiss an appeal from the bankruptcy court for failure to prosecute.  See Moneymaker v. CoBen (In re Eisen), 31 F.3d 1447, 1451 (9th Cir. 1994).  Accordingly, the Court ORDERS the parties to show cause, in writing, by March 2, 2015, why this appeal should not be dismissed for failure to prosecute.  Failure to file a response will result in dismissal.

    **IT IS SO ORDERED.**

---

[1] The only other action the parties have taken is to file a second stipulation on March 3, 2014, to transfer this case to Judge Gutierrez.  (Doc. No. 10.)